# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 23-10754
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
February 8, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Mario Alberto Orozco-Pulido,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:20-CR-134-1

―――――――――――――――――――――――

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Mario Orozco-Pulido has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Orozco-Pulido has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

―――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10754

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.